B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gillig, Carl R.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9505** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**40329 N. Goldenrod Ln.**<br>**Wadsworth, IL**<br><br>ZIP Code **60083** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                               Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gillig, Carl R.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                       Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gillig, Carl R.** |

## Signatures

<table>
<tr><td>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carl R. Gillig**
Signature of Debtor  **Carl R. Gillig**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 21, 2009**
Date

</td><td>

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td></tr>
<tr><td>

### Signature of Attorney*

X **/s/ Steven B. Towbin**
Signature of Attorney for Debtor(s)

**Steven B. Towbin (#2848546)**
Printed Name of Attorney for Debtor(s)

**Shaw Gussis et al**
Firm Name

**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60654**

Address

**312-541-0151  Fax: 312-980-3888**
Telephone Number

**May 21, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td><td>

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrupcty petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

</td></tr>
<tr><td>

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

</td><td></td></tr>
</table>

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Carl R. Gillig__        Case No. _____

                            Debtor(s)        Chapter     __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Carl R. Gillig**
                                        **Carl R. Gillig**

Date:    **May 21, 2009**

Certificate Number: 01356-ILN-CC-006899884

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 30, 2009 , at 9:44 o'clock AM EDT ,

Carl Gillig received from

Hummingbird Credit Counseling and Education, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: April 30, 2009        By      /s/Sherrell Morgan

Name    Sherrell Morgan

Title    Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carl R. Gillig**
_____,
Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 650,000.00 | | |
| B - Personal Property | Yes | 3 | 46,021.42 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 415,307.33 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 1,042,075.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,236.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,313.67 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 696,021.42 | | |
| Total Liabilities | | | | 1,457,382.48 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Carl R. Gillig**

_____,
Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Carl R. Gillig**                  ,    Case No. _____

                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary Residence**<br>**Location: 40329 N. Goldenrod Ln., Wadsworth IL** | **Tenancy by Entirety** | J | 650,000.00 | 415,307.33 |

|  | Sub-Total > | 650,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 650,000.00 |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Carl R. Gillig** _____,   Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | - | **200.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account (estimated total $1,000)** | J | **500.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **TV's, stereos, furniture, appliances, and computers located at home (estimated total liquidation value $9,850)** | J | **4,925.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art, antiques, coins, and sports collections located at home (estimated total liquidation value $11,240)** | J | **5,620.00** |
| 6. | Wearing apparel. | | **Clothing located at home.** | H | **500.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Sports Equipment located at home (estimated total liquidation value $580)** | J | **290.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **12,035.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Carl R. Gillig**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity Simple IRA** | - | 30,246.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **CRG Logics, Inc., an Illinois Company (57%)** | - | 0.00 |
| | | **PCCW Ltd. (614 shares)** | - | 390.42 |
| | | **PROEX Extrusion Inc., a Wisconsin Corporation (127.45 shares, approximately 1.3%)** | - | Unknown |
| | | **CRG Logics Properties, LLC, a Wisconsin LLC (57% membership interest)** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Protective Life Insurance Company Policy Face Value $1 million (Term Policy #ZL9525895)** | - | 0.00 |

Sub-Total >    **30,636.42**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Carl R. Gillig**                                    ,      Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible refund for 2008 income taxes (returns not yet filed)** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Chevy Camaro** | - | **3,350.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **3,350.00**
(Total of this page)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Total >   **46,021.42**

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re  **Carl R. Gillig**                                              ,   Case No. _____
                                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Art, antiques, coins, and sports collections located at home (estimated total liquidation value $11,240)** | **735 ILCS 5/12-1001(b)** | **4,000.00** | **5,620.00** |
| **Wearing Apparel** | | | |
| **Clothing located at home.** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Fidelity Simple IRA** | **735 ILCS 5/12-1006** | **30,246.00** | **30,246.00** |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| **Protective Life Insurance Company Policy Face Value $1 million (Term Policy #ZL9525895)** | **735 ILCS 5/12-1001(f)** | **0.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1997 Chevy Camaro** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,350.00** |
| **Other Exemptions** | | | |
| **House- Primary Residence 40329 N. Goldenrod Ln., Wadsworth, IL  60083** | **11 U.S.C. § 522(b)(3)(B)** | **650,000.00** | **650,000.00** |

Total:   **687,146.00**   **689,716.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Carl R. Gillig**                                     ,     Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **First Bank** PO Box 14306 Saint Louis, MO 63178 | | | J | Mortgage on primary residence Primary Residence Location: 40329 N. Goldenrod Ln., Wadsworth IL | | | | | |
| | | | | Value $      **650,000.00** | | | | **343,197.00** | **0.00** |
| Account No. **First Bank** PO Box 790037 Saint Louis, MO 63179 | | | J | Home equity line of credit Primary Residence Location: 40329 N. Goldenrod Ln., Wadsworth IL | | | | | |
| | | | | Value $      **650,000.00** | | | | **65,330.07** | **0.00** |
| Account No. **Lake County Collector** 18 N. County St. Waukegan, IL 60085 | | | - | Property Tax 2nd Installment, due 9/3/2009 Primary Residence Location: 40329 N. Goldenrod Ln., Wadsworth IL | | | | | |
| | | | | Value $      **650,000.00** | | | | **6,780.26** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

   __0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **415,307.33** | **0.00** |
| Total (Report on Summary of Schedules) | **415,307.33** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re   **Carl R. Gillig**                                                    Case No. _____

,

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Carl R. Gillig**                                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Accuracy Machine 1250 Cornell Rd. Green Bay, WI 54313** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Agri Partners Co-op 438 West Ryan Street Brillion, WI 54110** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Airgas, Inc. 1310 Ontario Rd Green Bay, WI 54311** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Alro Steel 43 E 10th Ave Oshkosh, WI 54902** | | | | | | X | |
| | | | | | | | 0.00 |

|  | Subtotal (Total of this page) | 0.00 |
|---|---|---|

__26__   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 S/N:23892-090513    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**                                                ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American-3 Fab, Inc.**<br>**1850 Cofrin Drive**<br>**Green Bay, WI 54302** | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | <br><br><br>0.00 |
| Account No.<br><br>**Anixter Wire & Cable**<br>**PO Box 847428**<br>**Dallas, TX 75284-7428** | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | <br><br><br>0.00 |
| Account No.<br><br>**Aramark**<br>**PO Box 1114**<br>**Appleton, WI 54912** | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | <br><br><br>0.00 |
| Account No.<br><br>**Argus Technical Services**<br>**PO BOX 88247**<br>**Milwaukee, WI 53288-0247** | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | <br><br><br>0.00 |
| Account No.<br><br>**Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** | X | - | **Commercial Guaranty of Loan to CRG Logics, Inc.** | X | X | | <br><br><br>370,500.00 |

Sheet no. __**1**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 370,500.00 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**                                                ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Associated Bank** **200 N. Addams St.** **Green Bay, WI 54307** | X | - | | Commercial Guaranty of Loan to CRG Logics Properties, LLC | X | X | | 671,000.00 |
| Account No. **Associated Bank-CC** **PO Box 2926** **Milwaukee, WI 53201** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No. **Associated Financial Group** **12600 Whitewater Drive** **Minnetonka, MN 55343** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No. **AT&T 0973** **PO Box 8100** **Aurora, IL 60507-8100** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No. **AT&T 7404** **PO Box 8100** **Aurora, IL 60507-8100** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |

Sheet no. __**2**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

671,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AT&T Internet** <br> **PO BOX 5019** <br> **Carol Stream, IL 60197-5019** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **AT&T Mobility** <br> **PO BOX 6463** <br> **Carol Stream, IL 60197-6463** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **B2B PORTALES** <br> **6505 Blue Lagoon Dr.** <br> **Suite 430** <br> **Miami, FL 33126** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br><br> 0.00 |
| Account No. **5200-0100-1162-1725** <br><br> **Bank of America** <br> **PO Box 15019** <br> **Wilmington, DE 19886-5019** | - | | | Personal Credit Card | | | | <br><br><br> 575.15 |
| Account No. <br><br> **Bay Verte Machinery, Inc** <br> **975 Parkview Road** <br> **Green Bay, WI 54304** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br><br> 0.00 |

Sheet no. __**3**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

575.15

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | C | | | | | |
| Account No.<br><br>**Bayside Machine Corp<br>2257 American Blvd<br>DePere, WI 54115** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Bayside Printing, INC.<br>2815 S. Packerland Drive<br>STE. 25<br>Green Bay, WI 54313** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Beckhoff Automation<br>12150 Nicollet Avenue South<br>Burnsville, MN 55337** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**BRABAZON<br>2484 Century Road<br>Green Bay, WI 54303** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Brabender Technologie Inc<br>6500 Kestrel Road<br>Mississauga, Ontario  L5T 1Z6<br>CANADA** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of          Subtotal                 0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Carl R. Gillig**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Bunting Magnetics Co. 500 S. Spencer Ave PO Box 877814 Kansas City, MO 64187-7814 | | | | | | | | X | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| CableOrganizer.com, Inc. - USA 5610 NW 12th Ave, Suite 214 Fort Lauderdale, FL 33309 | | | | | | | | X | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Canary Labs PO Box 208 Martinsburg, PA 16662 | | | | | | | | X | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Cavalier PO Box 9001111 Louisville, KY 40290-1111 | | | | | | | | X | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Chicago Conveyor Corporation 23858 Network Place Chicago, IL 60673-1238 | | | | | | | | X | 0.00 |

Sheet no. __5___ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Carl R. Gillig**                                                      , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| Church Metal Spinning Comp. 5050 North 124th Street Milwaukee, WI 53225 | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| Con-Way Freight PO BOX 5160 Portland, OR 97208-5160 | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| Conger Toyota Lift PO Box 13507 Green Bay, WI 54307-3507 | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| Connecting Point PO Box 248 Green Bay, WI 54305-0248 | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| Cotemp Mechanical Contractors, Inc 3345 Pinemont Houston, TX 77018 | | | | | | | | 0.00 |

Sheet no. __6__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CRG Logics Properties, LLC** <br> **2256 American Blvd.** <br> **De Pere, WI 54115** | - | | **Listed for Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. <br><br> **CRG Logics, Inc.** <br> **2256 American Blvd.** <br> **De Pere, WI 54115** | - | | **Listed for Notice Purposes Only** | X | X | X | **Unknown** |
| Account No. <br><br> **Custom Laminating Specialists, LLC** <br> **2170 Speaker Court** <br> **Green Bay, WI 54313** | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | **0.00** |
| Account No. <br><br> **D. Olsen, LLC** <br> **W12005 Whooley Road** <br> **Waupun, WI 53963** | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | **0.00** |
| Account No. <br><br> **Davis & Kuelthau, S.C.** <br> **Attn: Accounts Payable** <br> **111 East Kilbourn, Ste. 1400** <br> **Milwaukee, WI 53202-6613** | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | **0.00** |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl R. Gillig** _____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Dedicated Systems, Inc. 3700 Dutchman Green Bay, WI 54311 | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Digi-Key Corporation Accounts Receivable PO Box 250 Thief River Falls, MN 56701-0250 | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Don Roffers 2570 Wayside Road Greenleaf, WI 54126 | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Elmridge Inc. 39111 West Six Mile Rd Livonia, MI 48152 | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| FABCO Industrial Services 1060 Breezewood Lane, Suite 6 PO Box 65 Neenah, WI 54956 | | | | | | X | |
| | | | | | | | 0.00 |

Sheet no. __8__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig** _____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **Fastenal** **PO BOX 1286** **Winona, MN 55987-1286** | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **Fed Ex** **PO BOX 94515** **Palatine, IL 60094-4515** | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **First Supply** **PO BOX 1177** **Appleton, WI 54912** | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **Fluid System Components Inc** **1700 Suburban Dr** **De Pere, WI 54115** | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **FMC Technologies** **2730 Hwy 145 North** **Saltillo, MS 38866** | | | | | | | | | 0.00 |

Sheet no. __9__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl R. Gillig** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fox Valley Metal Tech** <br> **1201 Parkview Road** <br> **Green Bay, WI 54304** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br> 0.00 |
| Account No. <br><br> **FPZ Inc.** <br> **150 N. Progress Drive** <br> **Saukville, WI 53080** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br> 0.00 |
| Account No. <br><br> **Gemini Plastics, Inc.** <br> **1333 Viking Drive** <br> **PO BOX 5337** <br> **DePere, WI 54115-5337** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br> 0.00 |
| Account No. <br><br> **George Reyher's Expenses** <br> **5900 Baywater #401** <br> **Plano, TX 75093** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br> 0.00 |
| Account No. <br><br> **Grainger** <br> **DEPT 854523511** <br> **Palatine, IL 60038-0001** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | <br><br> 0.00 |

Sheet no. __10__ of __26__ sheets attached to Schedule of                                        Subtotal                  0.00
Creditors Holding Unsecured Nonpriority Claims                                                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig** _____ ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Graybar** **12437 Collections Center Drive** **Chicago, IL 60693** | | | | | | | X | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **H P Products** **PO Box 70537** **Cleveland, OH 44190-0537** | | | | | | | X | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **High Tech Systems & Equipment** **7950 Morgan Road** **Cleves, OH 45002** | | | | | | | X | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Hose Technology** **2520 E. US HWY 41** **PO BOX 206** **Williamsport, IN 47993** | | | | | | | X | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **HP Metflow** **512 W. Gorbas St** **Louisville, OH 44641** | | | | | | | X | 0.00 |

Sheet no. __11__ of __26__ sheets attached to Schedule of                                    Subtotal          | 0.00
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| IFM Efector PO BOX 8538-0307 Philadelphia, PA 19171-0307 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| J.L. Wood Electric Co., Inc 5415 Yale Houston, TX 77091 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | - | | | | | | | |
| James D. Wood 301 North 111th Street Grimes, IA 50111 | | | | | | X | X | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Jonas Service & Supply, Inc PO Box 5125 De Pere, WI 54115 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Kastalon Polyurethane Products 4100 W. 124th Place Alsip, IL 60803 | | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __12__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **Kuriyama of America, INC.** **PO Box 91628** **Chicago, IL 60693** | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **Labor Ready Central, Inc.** **1002 Solutions Center** **Chicago, IL 60677-1000** | | | | | | | | | 0.00 |
| Account No. | | | | | | X | X | X | |
| **Lee E. Anderson** **250 Traders Point Lane** **Green Bay, WI 54302** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **Liebovich Steel & Alum North** **North 3801 Wlwctric City Blvd** **Kaukauna, WI 54130** | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| **Lindquist Machine Corporation** **610 Baeten Road** **Green Bay, WI 54304** | | | | | | | | | 0.00 |

Sheet no. __**13**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl R. Gillig**                                      , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Lorenz & Son PO BOX 1002 Cobourg, Ontario  K9A 4W4 CANADA | | | | | | | | X | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Maxim Crane Works LOCKBOX 774389 4389 Solutions Center Chicago, IL 60677-4003 | | | | | | | | X | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| McMaster-Carr PO BOX 7690 Chicago, IL 60680-7690 | | | | | | | | X | 0.00 |
| Account No. | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Metal Storm 999 Glory Rd. Green Bay, WI 54304 | | | | | | | | X | 0.00 |
| Account No. | - | | | | | X | X | X | |
| Michael J. Rasner W4213 County Road 338 Wallace, MI 49893 | | | | | | | | | Unknown |

Sheet no. __14__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**
_____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Midland Plastics PO Box 510055 5405 S. Westridge Ct. New Berlin, WI 53151-0055** | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Monitor Technologies, LLC PO Box 8048 Elburn, IL 60119** | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Motion Industries, Inc. PO BOX 98412 Chicago, IL 60693** | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **National Bulk Equipment Inc. 1645 Reliable Parkway Chicago, IL 60686** | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Neat 'n Clean PO Box 9575 1136 W. Mason Street Green Bay, WI 54303** | | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __15__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**                                    ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **New Tech Metals 1600 Van Ess Road New Franken, WI 54229** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **PMN, LLC 4282 Forest Drive Brownsburg, IN 46112** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Power Nation 1310 Energy Lane Saint Paul, MN 55108** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **RIFCO, LTD PO Box 974247 Dallas, TX 75397-4247** | | | | | | X | |
| | | | | | | | 0.00 |
| Account No. | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| **Robinson Metal 1740 Eisenhower Drive PO Box 5905 De Pere, WI 54115-5905** | | | | | | X | |
| | | | | | | | 0.00 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl R. Gillig**
_____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Ron Cauble's Expenses 6524 Ekom Beach Rd Laurens, SC 29360 | | | | | | | X | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Ross Imaging 1406 N, 25th Street Sheboygan, WI 53081 | | | | | | | X | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| RSC Equipment Rental PO Box 840514 Dallas, TX 75284-0514 | | | | | | | X | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| S I Metals & Supply, Inc 3243 French Rd De Pere, WI 54115 | | | | | | | X | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Safety-Kleen 2100 Badger Road Kaukauna, WI 54130 | | | | | | | X | 0.00 |

Sheet no. __17__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Saginaw Control & Engineering 5110 70th Avenue Kenosha, WI 53144-1784 | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Sahly/Anderson & Associates 817 South Kay Ave Unit Seven Addison, IL 60101 | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| SCS Inc. 123 Farm Mill Circle Simpsonville, SC 29681 | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Sentran 4355 Lowell Street Ontario, CA 91761 | | | | | | | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | | |
| Sherwin Williams 2464 S Oneida St Green Bay, WI 54304-5243 | | | | | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __18__ of __26__ sheets attached to Schedule of              Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig** _____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**SkyTel<br>PO Box 70849<br>Charlotte, NC 28272-0849** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | 0.00 |
| Account No.<br><br>**Solberg Manufacturing<br>PO Box 5988 Dept 20-5021<br>Carol Stream, IL 60197-5988** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | 0.00 |
| Account No.<br><br>**Solimar Pneumatics<br>8001 Ranchers Road NE<br>Minneapolis, MN 55432** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | 0.00 |
| Account No.<br><br>**Southern Converting Systems<br>PO Box 848<br>Simpsonville, SC 29681** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | 0.00 |
| Account No.<br><br>**Standard Electric<br>PO BOX 684052<br>Milwaukee, WI 53268-4052** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | 0.00 |

Sheet no. __19__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl R. Gillig**                                                                   ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Staples**<br>**Dept DET 2368**<br>**PO Box 83689**<br>**Chicago, IL 60696-3689** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Stillwater Creative Group**<br>**235 Harrison Street**<br>**Oak Park, IL 60304** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Stock Building Supply**<br>**13578 Collection Center Drive**<br>**Chicago, IL 60693-0135** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Stoddard Silencers, Inc.**<br>**1017 Progress Drive**<br>**Grayslake, IL 60030** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Stuart Burgan's Expenses**<br>**4487 W Fieldwood Ln**<br>**Appleton, WI 54913** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Carl R. Gillig** , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>T.J. Cannon, Inc.<br>1000 Oak Street<br>Pittston, PA 18640 | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>TCIC, INC.<br>13005 16th Ave North Suite 500<br>Plymouth, MN 55441 | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>Thomas W. Jacobson<br>1821 Edgewood Lane<br>Eau Clare, WI 54703 | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>Town & Country Electric<br>PO Box 260<br>Menasha, WI 54952-0260 | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**
_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Triple E Machine & Tool, INC.**<br>**1775 Bohm Drive**<br>**Little Chute, WI 54140** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Trudell Trailers of Green Bay**<br>**PO Box 11007**<br>**Green Bay, WI 54307** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Tuthill Vacuum & Blower Systems**<br>**PO Box 92448**<br>**Chicago, IL 60675-2448** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Tyco Valve c/o Riley Valve Services Inc**<br>**Dept. 0651**<br>**Dallas, TX 75312-0651** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**ULINE**<br>**Accounts Receivable**<br>**2200 S. Lakeside Drive**<br>**Waukegan, IL 60085** | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |

Sheet no. __22__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Carl R. Gillig**                                                    ,     Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Union State Bank**<br>**3223 Main Street**<br>**Green Bay, WI 54311** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**Unishippers**<br>**PO Box 1353**<br>**Green Bay, WI 54305-1353** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**United Healthcare**<br>**Dept. CH 10151**<br>**Palatine, IL 60055-0151** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | | 0.00 |
| Account No.<br><br>**UPS Freight**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __23__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl R. Gillig**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**Valentine Reader Plumbing, Inc
W2015 Industrial Drive
Freedom, WI 54130** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.

**Valley Coatings & Equipment, Inc
3046 W. Wisconsin Ave
Appleton, WI 54914** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.

**Van's Waste, Inc
N2061 Vandenbroek Road
Kaukauna, WI 54130-9351** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.

**Velocity (REP)
2712 Lydia Lane
Rockwall, TX 75087** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.

**Velocity Industrial
3255 Springer Lane
Rockwall, TX 75032** | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |

Sheet no. __24__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**                                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**WebDialogs**<br>**IBM 4 Technology Park Drive**<br>**Westford, MA 01886** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Wenzel Metal Spinning, Inc**<br>**PO Box 708**<br>**Frement, IN 46737** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Werner Electric**<br>**PO Box 1170**<br>**Milwaukee, WI 53201** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**Werner Electric Supply**<br>**3055 Holm Bren Way**<br>**Green Bay, WI 54304** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |
| Account No.<br><br>**West Bend Transit**<br>**105 S. Forest AVE**<br>**PO Box 477**<br>**West Bend, WI 53095** | | | | | Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only | | | X | 0.00 |

Sheet no. __25__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl R. Gillig**                                                                              ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Williams Engineering Services 4811 Lake Park CT. Kingsport, TN 37664** | | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | <br><br><br>0.00 |
| Account No. <br><br>**Wisconsin Control Corp. N8 W22520-A Johnson Dr Waukesha, WI 53186** | | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | <br><br><br>0.00 |
| Account No. <br><br>**Wisconsin Public Service Corporation PO BOX 19003 Green Bay, WI 54307-9003** | | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | <br><br><br>0.00 |
| Account No. <br><br>**Wm. W. Meyer & Sons, Inc 1700 Franklin Blvd Libertyville, IL 60048-4407** | | | | **Creditor of CRG Logics, Inc.- Listed for Notice Purposes Only** | | | X | <br><br><br>0.00 |
| Account No. <br><br> | | | | | | | | |

Sheet no. __26__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 0.00 |
| Total <br> (Report on Summary of Schedules) | | 1,042,075.15 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Carl R. Gillig**                                                                  ,          Case No. _____
                                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **CRG Logics, Inc.**<br>**2256 American Blvd.**<br>**De Pere, WI 54115** | **Stock Restriction Agreement** |
| **CRG Logics, Inc.**<br>**2256 American Blvd.**<br>**De Pere, WI 54115** | **Employment Agreement** |
| **Michael J. Rasner**<br>**W4213 County Road 338**<br>**Wallace, MI 49893** | **Stock Restriction Agreement** |
| **Protective Life Insurance Company**<br>**PO Box 305031**<br>**Nashville, TN 37230-5031** | **Life Insurance Policy** |
| **Steven W. Stock**<br>**3834 Hidden Trail**<br>**Oneida, WI 54155** | **Stock Restriction Agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Carl R. Gillig**                                                          ,   Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CRG Logics Properties, LLC**<br>**2256 American Blvd.**<br>**De Pere, WI 54115** | **Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** |
| **CRG Logics, Inc.**<br>**2256 American Blvd.**<br>**De Pere, WI 54115** | **Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** |
| **James D. Wood**<br>**301 North 111th Street**<br>**Grimes, IA 50111** | **Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** |
| **James D. Wood**<br>**301 North 111th Street**<br>**Grimes, IA 50111** | **Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** |
| **Lee E. Anderson**<br>**250 Traders Point Lane**<br>**Green Bay, WI 54302** | **Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** |
| **Lee E. Anderson**<br>**250 Traders Point Lane**<br>**Green Bay, WI 54302** | **Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** |
| **Michael J. Rasner**<br>**W4213 County Road 338**<br>**Wallace, MI 49893** | **Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** |
| **Michael J. Rasner**<br>**W4213 County Road 338**<br>**Wallace, MI 49893** | **Associated Bank**<br>**200 N. Addams St.**<br>**Green Bay, WI 54307** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Carl R. Gillig**                                                      Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|     b.  Insurance | $ | **0.00** | $ | **N/A** |
|     c.  Union dues | $ | **0.00** | $ | **N/A** |
|     d.  Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance | | | | |
| (Specify): **Unemployment** | $ | **2,236.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,236.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,236.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **2,236.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Carl R. Gillig**                                                    Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,300.00 |
| a. Are real estate taxes included?        Yes ___        No **X** | | |
| b. Is property insurance included?        Yes ___        No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 270.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 150.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 41.67 |
| 4. Food | $ | 866.67 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 43.33 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 2.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 75.00 |
| c. Health | $ | 400.00 |
| d. Auto | $ | 83.33 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real Estate Tax** | $ | 916.67 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,313.67 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,236.00 |
| b.   Average monthly expenses from Line 18 above | $ | 7,313.67 |
| c.   Monthly net income (a. minus b.) | $ | -5,077.67 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Carl R. Gillig**                                                          Case No. _____

                                                    Debtor(s)            Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**40**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 21, 2009**                                 Signature    **/s/ Carl R. Gillig**
                                                                                       **Carl R. Gillig**
                                                                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Carl R. Gillig**                                                                    Case No. _____

                                                  Debtor(s)          Chapter      **7**      _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009 Salary & Corporate Earnings (minus payments made to company)** |
| **$-300,000.00** | **Estimated 2008 Salary & Corporate Earnings (minus payments made to company)** |
| **$354,868.00** | **2007 Salary & Corporate Earnings (minus payments made to company)** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| CRG Logics, Inc. / Associated Bank | 3/18/09 | $36,150.00 | $0.00 |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Associated Bank, N.A. v. CRG Logics, Inc., et al., Case No. 09-CV-1020 | Collection Action | Circuit Court of Brown County, Wisconsin | Pending |
| Associated Bank, N.A. v. CRG Logics Properties, LLC, et al., Case No. 09-CV-1265 | Foreclosure | Circuit Court Branch 2, Brown County, Wisconsin | Pending |

None ■
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■
   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■
   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■
   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■
   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■
   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **3/26/2009, Carl Gillig/Jill Gillig** | **$5,000.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **4/10/2009, Carl Gillig/Jill Gillig** | **$5,000.00** |

### 10. Other transfers

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jill Gillig**<br>**40329 N. Goldenrod Ln.**<br>**Wadsworth, IL 60083**<br>  **Wife** | **4/17/2009** | **49 shares of CRG Systems, Inc.**<br>**$490 received** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                           DOCKET NUMBER                          STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **CRG Logics, Inc.** | **9505** | **2256 American Blvd. De Pere, WI 54115** | **Plastics Machinery** | **12/2000 - 03/2009** |
| **CRG Logics Properties, LLC** | **9505** | **2256 American Blvd. De Pere, WI 54115** | **Property Management** | **5/2008 - 5/2009** |
| **CRG Systems, Inc.** | **36-4105776** | **PO Box 340 Wadsworth, IL 60083** | **Plastics Machinery** | **9/1996 - 4/2009** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Jay Piell**                                           **1995 - present**
**J.D. Piell Company Ltd.**
**1431 McHenry Rd., Suite 213**
**Buffalo Grove, IL 60089**

7

| None | |
|---|---|
| ■ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

NAME                              ADDRESS                              DATES SERVICES RENDERED

| None | |
|---|---|
| ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

NAME                                                    ADDRESS
Jay Piell                                               J.D. Piell Company Ltd.
                                                        1431 McHenry Rd., Suite 213
                                                        Buffalo Grove, IL 60089

| None | |
|---|---|
| ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

NAME AND ADDRESS                                        DATE ISSUED
First Bank                                              Unknown
PO Box 14306
Saint Louis, MO 63178

Associated Bank                                         Unknown
200 N. Addams St.
Green Bay, WI 54307

### 20. Inventories

| None | |
|---|---|
| ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

| None | |
|---|---|
| ■ | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |

                                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                        RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

| None | |
|---|---|
| ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

| None | |
|---|---|
| ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

                                                        NATURE AND PERCENTAGE
NAME AND ADDRESS                    TITLE               OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

| None | |
|---|---|
| ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |

NAME                              ADDRESS                              DATE OF WITHDRAWAL

8

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 21, 2009**                              Signature  **/s/ Carl R. Gillig**

                                                                    **Carl R. Gillig**
                                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   <u>Carl R. Gillig</u>                                                                   Case No. _____

Debtor(s)                                Chapter    <u>7</u>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**First Bank** | **Describe Property Securing Debt:**<br>**Primary Residence**<br>**Location: 40329 N. Goldenrod Ln., Wadsworth IL** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  <u>**May 21, 2009**</u>                    Signature   <u>**/s/ Carl R. Gillig**</u>

**Carl R. Gillig**
Debtor

## United States Bankruptcy Court
### Northern District of Illinois

| | |
|---|---|
| In re **Carl R. Gillig** | Case No. _____ |
| Debtor(s) | Chapter **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):   **Debtor and/or Jill Gillig**

3. The source of compensation to be paid to me is:

   ☐ Debtor     ■ Other (specify):   **Application of retainer or Debtor**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Any post petition services rendered other than those set forth above.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| Dated:   **May 21, 2009** | **/s/ Steven B. Towbin** |
| | **Steven B. Towbin (#2848546)** |
| | **Shaw Gussis et al** |
| | **321 N. Clark Street** |
| | **Suite 800** |
| | **Chicago, IL 60654** |
| | **312-541-0151  Fax: 312-980-3888** |

---

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the
Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,
using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your
income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support
obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly
listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.


**Chapter 11**: **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite
complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.


**Chapter 12**: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings
and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a
family-owned farm or commercial fishing operation.


## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either
orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a
debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United
States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors,
assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not
filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Steven B. Towbin (#2848546)** | X  **/s/ Steven B. Towbin** | **May 21, 2009** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**321 N. Clark Street**
**Suite 800**
**Chicago, IL 60654**
**312-541-0151**


### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Carl R. Gillig** | X  **/s/ Carl R. Gillig** | **May 21, 2009** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Carl R. Gillig**                                              Case No.
                                    Debtor(s)          Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **140**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May 21, 2009**                    **/s/ Carl R. Gillig**
                                           **Carl R. Gillig**
                                           Signature of Debtor

Accuracy Machine
1250 Cornell Rd.
Green Bay, WI 54313


Agri Partners Co-op
438 West Ryan Street
Brillion, WI 54110


Airgas, Inc.
1310 Ontario Rd
Green Bay, WI 54311


Alro Steel
43 E 10th Ave
Oshkosh, WI 54902


American-3 Fab, Inc.
1850 Cofrin Drive
Green Bay, WI 54302


Anixter Wire & Cable
PO Box 847428
Dallas, TX 75284-7428


Aramark
PO Box 1114
Appleton, WI 54912


Argus Technical Services
PO BOX 88247
Milwaukee, WI 53288-0247


Associated Bank
200 N. Addams St.
Green Bay, WI 54307


Associated Bank-CC
PO Box 2926
Milwaukee, WI 53201


Associated Financial Group
12600 Whitewater Drive
Minnetonka, MN 55343

AT&T 0973
PO Box 8100
Aurora, IL 60507-8100


AT&T 7404
PO Box 8100
Aurora, IL 60507-8100


AT&T Internet
PO BOX 5019
Carol Stream, IL 60197-5019


AT&T Mobility
PO BOX 6463
Carol Stream, IL 60197-6463


B2B PORTALES
6505 Blue Lagoon Dr.
Suite 430
Miami, FL 33126


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Bank of America
PO Box 15026
Wilmington, DE 19850-5026


Bay Verte Machinery, Inc
975 Parkview Road
Green Bay, WI 54304


Bayside Machine Corp
2257 American Blvd
DePere, WI 54115


Bayside Printing, INC.
2815 S. Packerland Drive
STE. 25
Green Bay, WI 54313


Beckhoff Automation
12150 Nicollet Avenue South
Burnsville, MN 55337

BRABAZON
2484 Century Road
Green Bay, WI 54303


Brabender Technologie Inc
6500 Kestrel Road
Mississauga, Ontario  L5T 1Z6
CANADA


Bunting Magnetics Co.
500 S. Spencer Ave
PO Box 877814
Kansas City, MO 64187-7814


CableOrganizer.com, Inc. - USA
5610 NW 12th Ave, Suite 214
Fort Lauderdale, FL 33309


Canary Labs
PO Box 208
Martinsburg, PA 16662


Cavalier
PO Box 9001111
Louisville, KY 40290-1111


Chicago Conveyor Corporation
23858 Network Place
Chicago, IL 60673-1238


Church Metal Spinning Comp.
5050 North 124th Street
Milwaukee, WI 53225


Con-Way Freight
PO BOX 5160
Portland, OR 97208-5160


Conger Toyota Lift
PO Box 13507
Green Bay, WI 54307-3507


Connecting Point
PO Box 248
Green Bay, WI 54305-0248

Cotemp Mechanical Contractors, Inc
3345 Pinemont
Houston, TX 77018

CRG Logics Properties, LLC
2256 American Blvd.
De Pere, WI 54115

CRG Logics, Inc.
2256 American Blvd.
De Pere, WI 54115

Custom Laminating Specialists, LLC
2170 Speaker Court
Green Bay, WI 54313

D. Olsen, LLC
W12005 Whooley Road
Waupun, WI 53963

Davis & Kuelthau, S.C.
Attn: Accounts Payable
111 East Kilbourn, Ste. 1400
Milwaukee, WI 53202-6613

Dedicated Systems, Inc.
3700 Dutchman
Green Bay, WI 54311

Digi-Key Corporation
Accounts Receivable
PO Box 250
Thief River Falls, MN 56701-0250

Don Roffers
2570 Wayside Road
Greenleaf, WI 54126

Elmridge Inc.
39111 West Six Mile Rd
Livonia, MI 48152

FABCO Industrial Services
1060 Breezewood Lane, Suite 6
PO Box 65
Neenah, WI 54956


Fastenal
PO BOX 1286
Winona, MN 55987-1286


Fed Ex
PO BOX 94515
Palatine, IL 60094-4515


First Bank
PO Box 14306
Saint Louis, MO 63178


First Bank
PO Box 790037
Saint Louis, MO 63179


First Bank- Loan Servicing
PO Box 790269
Saint Louis, MO 63179-0269


First Supply
PO BOX 1177
Appleton, WI 54912


Fluid System Components Inc
1700 Suburban Dr
De Pere, WI 54115


FMC Technologies
2730 Hwy 145 North
Saltillo, MS 38866


Fox Valley Metal Tech
1201 Parkview Road
Green Bay, WI 54304


FPZ Inc.
150 N. Progress Drive
Saukville, WI 53080

Gemini Plastics, Inc.
1333 Viking Drive
PO BOX 5337
DePere, WI 54115-5337


George Reyher's Expenses
5900 Baywater #401
Plano, TX 75093


Grainger
DEPT 854523511
Palatine, IL 60038-0001


Graybar
12437 Collections Center Drive
Chicago, IL 60693


H P Products
PO Box 70537
Cleveland, OH 44190-0537


High Tech Systems & Equipment
7950 Morgan Road
Cleves, OH 45002


Hose Technology
2520 E. US HWY 41
PO BOX 206
Williamsport, IN 47993


HP Metflow
512 W. Gorbas St
Louisville, OH 44641


IFM Efector
PO BOX 8538-0307
Philadelphia, PA 19171-0307


J.L. Wood Electric Co., Inc
5415 Yale
Houston, TX 77091


James D. Wood
301 North 111th Street
Grimes, IA 50111

Jonas Service & Supply, Inc
PO Box 5125
De Pere, WI 54115


Kastalon Polyurethane Products
4100 W. 124th Place
Alsip, IL 60803


Kuriyama of America, INC.
PO Box 91628
Chicago, IL 60693


Labor Ready Central, Inc.
1002 Solutions Center
Chicago, IL 60677-1000


Lake County Collector
18 N. County St.
Waukegan, IL 60085


Lee E. Anderson
250 Traders Point Lane
Green Bay, WI 54302


Liebovich Steel & Alum North
North 3801 Wlwctric City Blvd
Kaukauna, WI 54130


Lindquist Machine Corporation
610 Baeten Road
Green Bay, WI 54304


Lorenz & Son
PO BOX 1002
Cobourg, Ontario K9A 4W4
CANADA


Maxim Crane Works
LOCKBOX 774389
4389 Solutions Center
Chicago, IL 60677-4003


McMaster-Carr
PO BOX 7690
Chicago, IL 60680-7690

Metal Storm
999 Glory Rd.
Green Bay, WI 54304


Michael J. Rasner
W4213 County Road 338
Wallace, MI 49893


Midland Plastics
PO Box 510055
5405 S. Westridge Ct.
New Berlin, WI 53151-0055


Monitor Technologies, LLC
PO Box 8048
Elburn, IL 60119


Motion Industries, Inc.
PO BOX 98412
Chicago, IL 60693


National Bulk Equipment Inc.
1645 Reliable Parkway
Chicago, IL 60686


Neat 'n Clean
PO Box 9575
1136 W. Mason Street
Green Bay, WI 54303


New Tech Metals
1600 Van Ess Road
New Franken, WI 54229


PMN, LLC
4282 Forest Drive
Brownsburg, IN 46112


Power Nation
1310 Energy Lane
Saint Paul, MN 55108


Protective Life Insurance Company
PO Box 305031
Nashville, TN 37230-5031

RIFCO, LTD
PO Box 974247
Dallas, TX 75397-4247


Robinson Metal
1740 Eisenhower Drive
PO Box 5905
De Pere, WI 54115-5905


Ron Cauble's Expenses
6524 Ekom Beach Rd
Laurens, SC 29360


Ronald F. Metzler
Metzler, Timm, Treleven, S.C.
222 Cherry Street
Green Bay, WI 54301-4223


Ross Imaging
1406 N, 25th Street
Sheboygan, WI 53081


RSC Equipment Rental
PO Box 840514
Dallas, TX 75284-0514


S I Metals & Supply, Inc
3243 French Rd
De Pere, WI 54115


Safety-Kleen
2100 Badger Road
Kaukauna, WI 54130


Saginaw Control & Engineering
5110 70th Avenue
Kenosha, WI 53144-1784


Sahly/Anderson & Associates
817 South Kay Ave
Unit Seven
Addison, IL 60101

SCS Inc.
123 Farm Mill Circle
Simpsonville, SC 29681


Sentran
4355 Lowell Street
Ontario, CA 91761


Sherwin Williams
2464 S Oneida St
Green Bay, WI 54304-5243


SkyTel
PO Box 70849
Charlotte, NC 28272-0849


Solberg Manufacturing
PO Box 5988 Dept 20-5021
Carol Stream, IL 60197-5988


Solimar Pneumatics
8001 Ranchers Road NE
Minneapolis, MN 55432


Southern Converting Systems
PO Box 848
Simpsonville, SC 29681


Standard Electric
PO BOX 684052
Milwaukee, WI 53268-4052


Staples
Dept DET 2368
PO Box 83689
Chicago, IL 60696-3689


Steven W. Stock
3834 Hidden Trail
Oneida, WI 54155


Stillwater Creative Group
235 Harrison Street
Oak Park, IL 60304

Stock Building Supply
13578 Collection Center Drive
Chicago, IL 60693-0135


Stoddard Silencers, Inc.
1017 Progress Drive
Grayslake, IL 60030


Stuart Burgan's Expenses
4487 W Fieldwood Ln
Appleton, WI 54913


T.J. Cannon, Inc.
1000 Oak Street
Pittston, PA 18640


TCIC, INC.
13005 16th Ave North Suite 500
Plymouth, MN 55441


The Hartford
PO Box 2907
Hartford, CT 06104-2907


Thomas W. Jacobson
1821 Edgewood Lane
Eau Clare, WI 54703


Town & Country Electric
PO Box 260
Menasha, WI 54952-0260


Triple E Machine & Tool, INC.
1775 Bohm Drive
Little Chute, WI 54140


Trudell Trailers of Green Bay
PO Box 11007
Green Bay, WI 54307


Tuthill Vacuum & Blower Systems
PO Box 92448
Chicago, IL 60675-2448

Tyco Valve c/o Riley Valve Services Inc
Dept. 0651
Dallas, TX 75312-0651


ULINE
Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085


Union State Bank
3223 Main Street
Green Bay, WI 54311


Unishippers
PO Box 1353
Green Bay, WI 54305-1353


United Healthcare
Dept. CH 10151
Palatine, IL 60055-0151


UPS
Lockbox 577
Carol Stream, IL 60132-0577


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


Valentine Reader Plumbing, Inc
W2015 Industrial Drive
Freedom, WI 54130


Valley Coatings & Equipment, Inc
3046 W. Wisconsin Ave
Appleton, WI 54914


Van's Waste, Inc
N2061 Vandenbroek Road
Kaukauna, WI 54130-9351


Velocity (REP)
2712 Lydia Lane
Rockwall, TX 75087

Velocity Industrial
3255 Springer Lane
Rockwall, TX 75032


WebDialogs
IBM 4 Technology Park Drive
Westford, MA 01886


Wenzel Metal Spinning, Inc
PO Box 708
Frement, IN 46737


Werner Electric
PO Box 1170
Milwaukee, WI 53201


Werner Electric Supply
3055 Holm Bren Way
Green Bay, WI 54304


West Bend Transit
105 S. Forest AVE
PO Box 477
West Bend, WI 53095


Williams Engineering Services
4811 Lake Park CT.
Kingsport, TN 37664


Wisconsin Control Corp.
N8 W22520-A Johnson Dr
Waukesha, WI 53186


Wisconsin Public Service Corporation
PO BOX 19003
Green Bay, WI 54307-9003


Wm. W. Meyer & Sons, Inc
1700 Franklin Blvd
Libertyville, IL 60048-4407

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                )   Chapter 7
    **Carl R. Gillig**                )   Bankruptcy Case No.
                                         )
                                         )
    Debtor(s)                       )

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

**PART I - DECLARATION OF PETITIONER**     Date:   __May 21, 2009__
A.    To be completed in all cases.

    I(We)  __Carl R. Gillig__  and _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐    I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.    To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☐    I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____          Signature _____
    **Carl R. Gillig**
    (Debtor or Corporate Officer, Partner or Member)                    (Joint Debtor)